| AUSA: | Sarah Alsaden | Telephone: (313) 226-9100 |
|---|---|---|
| Special Agent: | Matthew Totten | Telephone: (313) 202-3400 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
   v.
Micah Derrick BOONE

Case No.

Case: 2:24−mj−30170
Assigned To : Unassigned
Assign. Date : 5/4/2024
Description: RE: SEALED MATTER (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 20, 2024__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922 (g)(1) | Felon in posession of a firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Matthew Totten, Special Agent (ATF)
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: __May 3, 2024__

City and state: __Detroit, Michigan__

*Judge's signature*

Hon. David R. Grand, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Matthew Totten, being duly sworn, hereby depose and state as follows:

## I.   INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, and have been since March of 2020. Prior to joining the ATF, I was a Michigan State Police Trooper for approximately six years. I have been involved in numerous investigations into the unlawful use and possession of firearms, including felon in possession of a firearm.

2. I make this affidavit from personal knowledge based on my participation in this investigation. The information comes from witnesses interviewed by law enforcement, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience.

3. This affidavit is for the limited purpose of establishing probable cause that Micah Derrick BOONE has violated 18 U.S.C. § 922(g)(1) (being a felon in possession of a firearm) and does not contain all details or facts known to law enforcement related to this investigation.

## II.  PROBABLE CAUSE

4. On April 20, 2024, at approximately 12:47 a.m., Detroit Police Department officers in fully marked uniforms were patrolling in the area of Montrose St. and Davison St. in the City of Detroit, in the Eastern District of Michigan. Officers observed an improperly parked vehicle on the roadway and noticed that the car was running.  As officers moved closer to the vehicle, they observed two people in the front seats. One of the officers observed the front seat passenger, later identified as BOONE, making a movement toward the floorboard, as if he were trying to conceal some sort of contraband or a danger weapon.

5. When officers contacted the driver, she was unable to communicate with the officers. At that same time, officers observed BOONE continue to look down to his feet where he was previously seen reaching. BOONE was visibly nervous and continued to look down to the floorboard. Another Officer asked BOONE if he had a concealed pistol license, BOONE stated he did not, BOONE was then ordered to show his hands and step out of the vehicle.

6. While attempting to detain BOONE, an officer announced that there was a firearm on the floorboard of the passenger side where BOONE's feet were prior to exiting the vehicle.

7. The firearm that was recovered was a black, Taurus G2C, 9mm caliber, semi-automatic pistol.

8. On May 1, 2024, I reviewed a description of the black Taurus G2C, 9mm caliber, semi-automatic pistol, recovered by the Detroit Police officers on April 20, 2024. As an ATF Interstate Nexus Expert, it is my opinion that this firearm was manufactured outside of the state of Michigan, and therefore traveled in and affected interstate commerce.

9. I reviewed Michigan Department of Corrections documents which shows that BOONE is currently on probation and reviewed a computerized criminal history for BOONE, which revealed the following felony convictions, among others:

   a. 2013: Felony Weapons – Firearms – Short Barreled Shotgun/Rifle, Pleaded Guilty

   b. 2013: Felony Assault with Dangerous Weapon – Pleaded Guilty

   c. 2013: Felony Police Officer – Assaulting/Resisting/Obstructing – Pleaded Guilty

   d. 2013: Felony Check/No Account – Pleaded Guilty

   e. 2022: Felony Larceny from a Motor Vehicle – Pleaded Guilty

10. These prior felony convictions are all punishable by imprisonment for more than one year.

11. Based on the nature and recency of BOONE's prior offenses, there is probable cause to believe that BOONE knew, at the time he possessed the firearm, that he had been convicted of crimes punishable by more than one year in prison.

### III.   CONCLUSION

1.      Based upon the aforementioned facts stated herein, there is probable cause to believe that Micah BOONE violated 18 U.S.C. 922(g)(1) (being a felon in possession of a firearm) because he is a convicted felon, was aware of his felony convictions, and knowingly and intentionally possessed a black Taurus G2C, 9mm caliber, semi-automatic pistol. This firearm affected interstate commerce because it was manufactured outside the state of Michigan. This violation occurred on or about April 20, 2024 in Detroit, Michigan, in the Eastern Judicial District of Michigan.

Respectfully submitted,

_____
Matthew Totten
Special Agent, ATF

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Hon. David R. Grand
United States Magistrate Judge

Dated: May 3, 2024

4